In the Matter of JACOB H. WEINSTOCK, an Attorney.— Motion for reinstatement granted. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

UNITED STATES FIDELITY AND GUARANTY COMPANY v. TRIBOROUGH BRIDGE AUTHORITY et al. and UNITED STATES OF AMERICA.— Motion to resettle order of this court entered November 16, 1945, granted. Present — Martin, P. J., Dore, Cohn and Callahan, JJ. [See 269 App. Div. 978.]

WILLIAM H. PURVIN, on Behalf of Himself and All Other Creditors of the Estate of LOUIS L. GREY, Deceased, v. HAROLD N. GREY et al.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Dore and Cohn, JJ. [See *ante*, p. 152.]

A. E. F.'s INC. v. CITY OF NEW YORK et al.— Motion for leave to appeal to the Court of Appeals from the order of this court of December 14, 1945, affirming an order which denied plaintiff's motion for a temporary injunction, granted. Motion for reargument denied. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [See 269 App. Div. 1020.]

GLOBE INDEMNITY COMPANY et al. v. JOHN MARX.— Motion for reargument denied, with $10 costs. Present — Martin, P. J., Dore, Cohn and Callahan, JJ. [See 269 App. Div. 975.]

MORRIS PLAN INDUSTRIAL BANK OF NEW YORK v. GEORGE F. GUNNING and PENNSYLVANIA RAILROAD COMPANY.— Motion to resettle order of this court entered July 13, 1945, granted. Present — Martin, P. J., Townley, Glennon and Dore, JJ. [See 269 App. Div. 842.]

## (January 18, 1946.)

ELECTROMATIC DISTRIBUTORS, INC., Appellant, v. BARCLAYS BANK, LTD., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ETHEL ROTHENBERG, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

MARIE G. MAGEE, Respondent, v. NATIONAL BROADCASTING Co., INC., Appellant, et al., Defendants.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to $30,179.55 in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

EDWARD S. SILVER, as Trustee in Bankruptcy of the Estate of Philip Prever, Bankrupt, Respondent, v. PHILIP PREVER et al., Appellants, et al., Defendants. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM GELLMAN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, Respondent, v. WILLIAM JACKSON, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.